# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICTOF FLORIDA
### FT. LAUDERDALE DIVISION

IN RE:  Case No.: 16-11081-RBR
Chapter 13

JORGE CAMACHO
SSN: XXX-XX-9318
LUZ E. CAMACHO
SSB: XXX-XX-2878
  Debtors            /

## MOTION TO MODIFY CHAPTER 13 PLAN

COMES NOW, Jorge & Luz E. Camacho, (the "Debtor") by and through the undersigned counsel and pursuant to 11 U.S.C. § 1127(b) hereby files this Motion to Modify Chapter 13 Plan and in support thereof states:

1. The Debtors filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code on January 26, 2016.

2. Debtors' Tenth Amended Chapter 13 Plan was confirmed by Order of this Court on October 4, 2016 [DE 81].

3. The Debtor would like to modify his plan in order to become current with his Chapter 13 Plan Payments.

4. The Debtor seeks this modification in good faith and submits that no parties in interest will be prejudiced by the requested relief.

5. Undersigned requests the sum of $500.00 to be paid via debtor's chapter 13 plan for filing and prosecuting the instant Motion and seeks approval of the fee pursuant to 11 U.S.C. §329 and Rule 2016 of the Federal Rules of Bankruptcy Procedures.

**WHEREFORE**, the Debtor respectfully requests that this court enter an order granting and approving the modification of debtor's Chapter 13 Plan.

                    **MARRERO, CHAMIZO, MARCER, LAWL.P.**
                    Attorneys for Debtors
                    3850 Bird Road
                    Penthouse 1
                    Coral Gables, FL  33146
                    Tel: (786) 431-2770
                    Fax: (305) 444-5538
                    E-mail:bankruptcy@marrerorealestatelaw.com

                    By: /s/ Julio Marrero
                          Julio Marrero, Esq.
                          FBN: 784664